Jordan D. Weinreich, Esq. (jweinreich@shermanatlas.com)
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036
212-763-6464

*Attorneys for Interpleader-Plaintiff Bank Leumi USA*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK LEUMI USA, <br><br> Interpleader-Plaintiff, <br><br> v. <br><br> TRADE FINANCE TRUST, a Delaware Statutory Trust, IIG TRADE FINANCE, LLC, in its capacity as the administrator of Trade Finance Trust, IIG BANK (MALTA) LTD., GIROBANK INTERNATIONAL, N.V., GIROBANK, N.V., VALERIE P. MARIA, in her capacity as the foreign representative of IIG Trade Opportunities Fund Ltd., CHRISTOPHER KENNEDY, in his capacity as a Joint Liquidator of IIG Global Trade Finance Fund Ltd. and of IIG Structured Trade Finance Fund, Ltd., ALEXANDER LAWSON, in his capacity as a Joint Liquidator of IIG Global Trade Finance Fund Ltd. and of IIG Structured Trade Finance Fund Ltd., TRILINC GLOBAL IMPACT FUND, LLC, TRILINC GLOBAL IMPACT FUND – TRADE FINANCE, LTD., <br><br> Defendants. | Case No.: 21-cv-02890 <br><br> **ORDER** |

THIS MATTER, having been brought before the Court by Sherman Atlas Sylvester & Stamelman LLP, attorneys for Interpleader-Plaintiff Bank Leumi USA ("Bank Leumi" or the "Bank"), and the Court having considered Bank Leumi's Verified Complaint for Interpleader and

Case 1:21-cv-02890-LAK Document 7 Filed 04/06/21 Page 2 of 3

the Declaration of Jordan D. Weinreich, Esq., it is hereby **ORDERED** that Bank Leumi's requests for relief are **GRANTED** as follows:

1. Bank Leumi shall deposit the entirety of the funds maintained in Account No. xxxxxx5800, titled in the name of the "Trade Finance Trust – Redencao" (the TFT-Redencao Account"), minus any applicable charges, withholdings, costs and/or fees, as set forth in Paragraph 6 herein, in the Disputed Ownership Fund in the Court Registry Investment System;

2. Bank Leumi shall deposit the entirety of the funds maintained in Account No. xxxxxx4201, titled in the name of the "Trade Finance Trust – Nader Company S.A." (the "TFT-Nader Account"), minus any applicable charges, withholdings, costs and/or fees, as set forth in Paragraph 6 herein, in the Disputed Ownership Fund in the Court Registry Investment System;

3. Bank Leumi shall deposit the entirety of the funds maintained in Account No. xxxxxx2801, titled in the name of the "Trade Finance Trust – Chakana LLC" (the "TFT-Chakana Account"), minus any applicable charges, withholdings, costs and/or fees, as set forth in Paragraph 6 herein, in the Disputed Ownership Fund in the Court Registry Investment System;

4. Bank Leumi shall deposit the entirety of the funds maintained in Account No. xxxxxx4100, titled in the name of the "Trade Finance Trust – Settlement Account" (the "TFT-Settlement Account"), minus any applicable charges, withholdings, costs and/or fees, as set forth in Paragraph 6 herein, in the Disputed Ownership Fund in the Court Registry Investment System;

5. Upon depositing the entirety of the funds maintained in the TFT-Redencao Account, the TFT-Nader Account, the TFT-Chakana Account and the TFT-Settlement Account in accordance with Paragraphs 1-4 hereof, and the filing by Bank Leumi of a declaration stating that it has made such deposits:

    (a) Bank Leumi shall be dismissed from this Action with prejudice;

(b) Defendants, as well as any other persons or entities that may assert any claims against Bank Leumi, shall be enjoined and restrained from commencing or prosecuting any other action or proceeding against Bank Leumi relating in any way to the TFT-Redencao Account, the TFT-Nader Account, the TFT-Chakana Account and/or the TFT-Settlement Account;

(c) Bank Leumi shall be discharged from all liabilities to Defendants, as well as any other persons or entities that may assert any claims against Bank Leumi, relating to the TFT-Redencao Account, the TFT-Nader Account, the TFT-Chakana Account and the TFT-Settlement Account;

(d) Bank Leumi shall be entitled to recover from the funds thus deposited its reasonable attorneys' fees and costs incurred by bringing and prosecuting this Action to the date of this Order, all as set forth on the record of the appearance this day. ~~Any application seeking such recovery shall be served and filed no later than two weeks from the date of this Order.~~

(e) The Clerk shall terminate Dkt. 8

Dated: New York, New York
April 15, 2021

_____, U.S.D.J.

4845-6432-3299, v. 1

- 3 -