UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

BANK LEUMI USA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/16/2025

      Interpleader Plaintiff,

  -against-              21-cv-2890 (LAK)

TRADE FINANCE TRUST, et al.,

      Defendants.

------------------------------------------x

## JUDGMENT

Lewis A. Kaplan, *District Judge.*

  It is hereby

  **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiff is hereby discharged from all claims by and liabilities to the defendants (with the exception of Trade Finance Trust, IIG Trade Finance, LLC as administrator of Trade Finance Trust, Girobank International, N.V., Girobank, N.V., and Valerie P. Maria in her capacity as foreign representative of IIG Trade Opportunities Fund Ltd. [collectively, the "Non-Appearing Defendants"]) relating or arising with respect to the TFT Accounts (as defined in the complaint) or the funds remaining therein at or subsequent to the filing of the complaint and relating to defendant TriLinc Global Impact Fund - Trade Finance, Ltd. ("TriLinc").

2. The complaint is dismissed without prejudice as to the Non-Appearing Defendants for lack of prosecution.

3. The Clerk of Court shall transfer to Sherman Atlas Sylvester & Stamelman LLP Attorney Trust Account, as attorneys for plaintiff, all remaining funds on deposit in the Disputed Ownership Fund in the Court Registry Investment System in connection with this matter.

4. The Clerk shall close the case.

Dated:      January 16, 2025

_____
Lewis A. Kaplan
United States District Judge